UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND EDWARD CHESTNUT, | : | CIVIL ACTION NO. 3:CV-13-1403 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| WARDEN J. THOMAS, | : | |
| Respondent | : | |

**FILED SCRANTON**
**NOV 27 2013**
PER _____ DEPUTY CLERK

**ORDER**

**AND NOW, THIS 27th DAY OF NOVEMBER, 2013**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for a writ of habeas corpus (Doc. 1, petition) is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motions for entry of default and extension of time (Docs. 7, 15, 18) are **DISMISSED** as moot.

3. The Clerk of Court shall **CLOSE** this case.

*/s/ William Nealon*
**United States District Judge**